IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM DECHANT,

    Plaintiff,

v.                                                                CASE NO. 1:10-cv-00072-MP-GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. Upon consideration, the Court agrees that although plaintiff had moderate mental impairments, substantial evidence existed in the record to support the ALJ's finding that plaintiff did not have a substantial loss of ability to perform basic mental work-related activities associated with unskilled work. Therefore, it was proper for the ALJ to use the Grids to determine whether Plaintiff could perform work available in the national economy, without calling a vocational expert. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein. The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this *13th* day of September, 2011

                            *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge